[No. 3955–2–III.   Division Three.   July 23, 1981.]

PAUL H. COLBURN, ET AL, *Respondents,* v. LOUIS
MUTO, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 7304, Sidney R. Buckley, J., entered
April 7, 1980. *Affirmed in part* and *reversed in part* by

unpublished per curiam opinion.